■ In the Matter of William T. Martin (Admitted as William Theodore Martin), a Suspended Attorney. [614 NYS2d 119] —Motion for reinstatement granted only to the extent of referring the matter of petitioner's reinstatement to the Departmental Disciplinary Committee for a hearing, and application fee for reinstatement waived, all as indicated. No opinion. Concur—Carro, J. P., Rosenberger, Wallach, Kupferman and Ross, JJ.

Second Department, May, 1994

(May 2, 1994)

■ Patricia Benish et al., Respondents, v Eileen Artego et al., Appellants. [614 NYS2d 145] —In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Suffolk County (Werner, J.), dated August 14, 1992, which denied their motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, without costs or disbursements.

The defendants did not establish their entitlement to judgment as a matter of law. Therefore, we need not consider the adequacy of the submissions of the plaintiffs. Sullivan, J. P., O'Brien, Santucci and Hart, JJ., concur.